
# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Hon. Marianne O. Battani |
| IN RE: WIRE HARNESSES<br>IN RE: OCCUPANT SAFETY SYSTEMS | Case No. 2:14-cv-14451-MOB-MKM<br>Case No. 2:14-cv-00107-MOB-MKM<br>Case No. 2:15-cv-12050-MOB-MKM<br>Case No. 2:15-cv-00607-MOB-MKM |
| THIS DOCUMENT RELATES TO TRUCK AND EQUIPMENT DEALER CASES | |

## ORDER APPROVING
## TRUCK AND EQUIPMENT DEALER PLAINTIFFS' ALLOCATION PLANS FOR SETTLEMENTS PRELIMINARILY APPROVED BY THE COURT

The above matter came before the Court on the Truck and Equipment Dealer Plaintiffs' Motion for Approval of Allocation Plans for Settlements Preliminarily Approved by the Court.

The Court has reviewed the Memorandum and Plans of Allocation submitted by the Truck and Equipment Dealer Plaintiffs in support of their Motion seeking approval of allocation plans for settlements preliminarily approved by the Court.

Based on the record, it is hereby **ORDERED:**

1. The Court has reviewed and considered the Plans of Allocation applicable to the Settlements reached in the cases involving Wire Harnesses and Occupant Safety Systems. The Court finds those Plans of Allocation to be fair and reasonable and approves their use for the distribution of the settlement funds in those Settlements.

2. Any changes to the Plans of Allocation for the *Wire Harnesses* and *Occupant Safety Systems* Settlements will be submitted to the Court for approval.

3. The Court authorizes Settlement Class Counsel for the Truck and Equipment Dealers to retain RG/2 Claims Administration LLC (RG/2) to process, administer, adjudicate, and pay claims submitted by members of the Settlement Classes who are eligible to receive money benefits under the Settlements for purchases of parts and new vehicles in the Included States.

4. The Court previously approved the establishment of escrow accounts under the Settlement Agreements as qualified settlement funds ("QSF") pursuant to Internal Revenue Code Section 468B and the Treasury Regulations promulgated thereunder, and retains continuing jurisdiction as to any issue that may arise in connection with the formation and/or administration of the QSF. Settlement Class Counsel are authorized to expend funds from the QSF for the payment of the costs of notice, payment of taxes, settlement administration costs, and the payment of qualified claims made under the Settlements.  Settlement Class Counsel are authorized to engage RG/2 to assist with the calculation and disbursement of claims paid from the QSF under the Settlements.

5. The Court authorizes Settlement Class Counsel for the Truck and Equipment Dealer Plaintiffs, through RG/2, to communicate with members of the Settlement Classes about making claims, the claim process, and deadlines.  Such communications may include reminders to file claim forms and supporting documents.

Date:  December 28, 2016                               s/Marianne O. Battani
                                                       MARIANNE O. BATTANI
                                                       United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 28, 2016.

                                                       s/ Kay Doaks
                                                       Case Manager