**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION<br><br>IN RE: OCCUPANT SAFETY SYSTEMS | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| THIS RELATES TO:<br><br>TRUCK AND EQUIPMENT DEALER ACTIONS | Case No. 2:15-cv-12050<br><br>Case No. 2:15-cv-00607 |

**STIPULATION AND ORDER REGARDING**
**VOLUNTARY DISMISSAL BY CERTAIN PLAINTIFFS**

Through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), each of the parties stipulates to the voluntary dismissal, without prejudice, of all claims against Takata Corporation and TK Holdings Inc. (collectively, the "Takata Defendants") brought by the following Plaintiffs: Rush Truck Centers of Alabama, Inc.; Rush Truck Centers of Colorado, Inc.; Rush Truck Centers of Georgia, Inc.; Rush Truck Centers of Idaho, Inc.; Rush Truck Centers of Indiana, Inc.; Rush Truck Centers of Ohio, Inc.; Rush Truck Centers of Oklahoma, Inc.; Rush Truck Centers of Texas, LP; and Rush Truck Centers of Virginia, Inc. (collectively, the "Dismissing Plaintiffs").[1]

[1] The Dismissing Plaintiffs are dismissing their claims against the Takata Defendants only. The Court previously issued Final Judgment Entering Dismissal with Prejudice as to Defendants Autoliv, Inc., Autoliv ASP, Inc., Autoliv B.V. & Co. KG, and Autoliv Japan Ltd., ZF TRW Automotive Holdings Corp. (formerly known as "TRW Automotive Holdings Corp.") and TRW Deutschland Holding GmbH on February 3, 2017. Case No. 2:15-cv-12050-MOB-MKM, ECF No. 29.

This Stipulation does not affect any right of the Dismissing Plaintiffs to recover damages, injunctive relief, or any other relief to which they may be entitled as members of any class. Dismissing Plaintiffs agree, however, that they will not hereafter seek to reinstate themselves as a named plaintiff and proposed class representative in this action against the Takata Defendants or to file separate actions asserting claims related to this action against the Takata Defendants.

**SO ORDERED.**

Date: August 7, 2017                                                s/Marianne O. Battani

                                               MARIANNE O. BATTANI

                                               United States District Judge

**SO STIPULATED:**

Dated: June 16, 2017                                              **DUANE MORRIS LLP**

                                               */s/ J. Manly Parks*
                                               Wayne A. Mack
                                               J. Manly Parks
                                               Andrew R. Sperl
                                               William Shotzbarger
                                               30 S. 17th Street
                                               Philadelphia, PA  19103
                                               Phone: (215) 979-1000
                                               Fax: (215) 979-1020
                                               wamack@duanemorris.com
                                               jmparks@duanemorris.com
                                               arsperl@duanemorris.com
                                               wshotzbarger@duanemorris.com

                                               *Class Counsel for Truck and Equipment Dealer Plaintiffs*

**WILLIAMS & CONNOLLY LLP**

*/s/ Samuel Bryant Davidoff (with consent)*
David M. Zinn
John E. Schmidtlein
Samuel Bryant Davidoff
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Fax: 202-434-5029
dzinn@wc.com
jschmidtlein@wc.com
sdavidoff@wc.com

Robert J. Wierenga (P59785)
Suzanne L. Wahl (P71364)
SCHIFF HARDIN LLP
340 S. Main Street, Suite 210
Ann Arbor, MI  48104
Telephone: 734-222-1500
Fax: 734-222-1501
rwierenga@schiffhardin.com
swahl@schiffhardin.com

*Attorneys for Defendants Takata Corporation and TK Holdings Inc.*